# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN C. WAGNER; AND DENISE A.P. WAGNER,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE EGAN K. WALKER, DISTRICT JUDGE,
Respondents,
and
CYPRUS AMAX MINERALS COMPANY,
Real Party in Interest.

No. 80568

FILED

APR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of prohibition or mandamus challenges a district court order granting a motion to dismiss in a tort action.

Having considered the petition and its documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). In particular, because petitioners have an adequate legal remedy in the form of an appeal from the final judgment in the case, we deny the petition. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev.

20-14627

193, 197, 179 P.3d 556, 558 (2008) ("Writ relief is not available . . . when an adequate and speedy legal remedy exists.").

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Egan K. Walker, District Judge
Dean Omar Branham Shirley, LLP
Matthew L. Sharp, Ltd.
Thorndal Armstrong Delk Balkenbush & Eisinger/Reno
Washoe District Court Clerk